Harry A. Frankel, appellee, v. Fred Albrecht et al., defendants, on appeal of George Moehlenhoff, appellant.  Gen. No. 8,814.

Opinion filed November 30, 1934.
Scholes, O'Connor & Dougherty, for appellant; E. T. O'Connor, of counsel. Ira J. Covey, Edwin L. Covey and Wayne H. Mathis, for appellee.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

Fred J. Trudeau, appellee, v. Central Mutual Insurance Company, appellant.  Gen. No. 8,820.

Opinion filed November 30, 1934.
Gower, Gray & Gower, for appellant.  Vernon G. Butz, for appellee.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

James T. Rogers, appellee, v. Blanche L. Leitch, appellant.  Gen. No. 8,834.

Opinion filed November 30, 1934.
George W. Hunt, for appellant.  F. B. Brian, for appellee.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

Phenie Search Vogel, appellee, v. Peoria Cartage Company and Peoria Creamery Company, defendants.  Peoria Creamery Company, appellant.  Gen. No. 8,712.

Opinion filed December 22, 1934.
Eagleton & Eagleton, for appellant; George W. Hunt, of counsel. Jesse Black, Jr., and Clarence W. Heyl, for appellee.
Mr. Justice Dove delivered the opinion of the court.

Beulah R. H. Rhoden, appellee, v. Peoria Creamery Company and Peoria Cartage Company, defendants.  Peoria Cartage Company, appellant.  Gen. No. 8,754.

Opinion filed December 22, 1934.
Miller, Elliott & Westervelt, for appellant; J. M. Elliott, of counsel.  Jesse Black, Jr., and Clarence W. Heyl, for appellee.
Mr. Justice Dove delivered the opinion of the court.